USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALPHONSO SYVILLE,                                    :
                                                     :
                         Plaintiff,                  :          **ORDER**
                                                     :
         -v-                                         :          20-CV-4633 (PGG) (JLC)
                                                     :
CITY OF NEW YORK et al.,                             :
                                                     :
                         Defendants.                 :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Syville is proceeding pro se and in forma pauperis.[1]  On August 17, 2020,

Judge Paul G. Gardephe directed counsel for HELP USA to ascertain the identities

of several defendants whom Syville seeks to sue and the addresses where these

defendants may be served (Dkt. No. 6).  The Court directed HELP USA's counsel to

provide this information to Syville and the Court within sixty days.  *Id.*  On October

26, 2020, HELP USA's counsel provided the required information for service on

Defendant Smila Kodali (Dkt. No. 13).

To allow Syville to effect service on Defendant Smila Kodali through the U.S.

Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service

Process Receipt and Return form ("USM-285 form").  The Clerk of Court is further

instructed to issue a summons and deliver to the Marshals Service all the

paperwork necessary for the Marshals Service to effect service.

---

[1] By order dated August 10, 2020, the Court granted Plaintiff's request to proceed
without prepayment of fees, that is, *in forma pauperis* (Dkt. No. 4).

1

The Clerk of Court is directed to issue a summons and complete the USM-285 forms with the address for Smila Kodali and deliver all documents necessary to effect service to the U.S. Marshals Service.

**SO ORDERED.**

Dated: November 18, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been
mailed to the following:**

Alphonso Syville
Help Meyer's Mica Shelter
600 E 125th Street
New York, NY 10035

## DEFENDANT AND SERVICE ADDRESS

1. Dr. Smila Kodali
   NYC Health + Hospitals/Elmhurst Hospital
   79-01 Broadway
   Elmhurst, NY 11373