UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHONSO SYVILLE,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

**ORDER**

20 Civ. 4633 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for August 25, 2022 will instead take place on **September 15, 2022 at 2:00 p.m.**

Dated: New York, New York
       August 22, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge