## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ALPHONSO SYVILLE,

                Plaintiff,                    20 **CIVIL** 4633 (PGG)(JLC)

      -against-                               **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 28, 2022, Judge Cott's R&R is adopted in its entirety. The City's motion to dismiss is converted into a motion for summary judgment, and that motion is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          October 31, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                    **BY:**   *K. Mango*

                                                                   **Deputy Clerk**